UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81104-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            **O R D E R**

DAMIAN SABATINO, JOYCE E.
SABATINO, D.S. LANTANA FAMILY
LIMITED PARTNERSHIP, BANK OF
AMERICA, N.A., f/d/b/a BARNETT
BANK, and JOSEPH GAJESKI,

    Defendants,
_____/

    THIS MATTER is before the Court upon the Joint Notice Of Settlement (DE 66) filed herein by Plaintiff United States of America and Defendants Damian Sabatino, Joyce E. Sabatino, and D.S. Lantana Family Limited Partnership.  The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    The instant Notice (DE 66) apprises the Court that a settlement has been reached between the Parties filing the same. Therein the Parties indicate their desire for a consent judgment to be entered against Damian Sabatino and Joyce E. Sabatino as to Count I of the Complaint (DE 1).  According to the terms of the Parties' settlement, as represented in the instant Notice, Count II of the Complaint will remain pending for the next nine (9) months, the time the Sabatinos have to pay the settlement amount.  The Parties ask that the Court retain jurisdiction over this action until the settlement is paid off and the United States moves to dismiss Count II.  The Court notes that no proposed Consent

Judgment has been filed or submitted to the Chambers of the undersigned.

Further, the Court will not accept the settlement as described in the instant Notice (DE 66).  More specifically, the Court is troubled that Count II will remain pending for nine (9) months as the Parties settle their dispute out of court.  The Parties are hereby notified that they are on standby for trial beginning July 1, 2008.[1]  The Parties are free to enter into a settlement agreement that disposes of the instant action; however, the Court will not approve the terms of the settlement as proposed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   17th    day of June, 2008.

　　　　　　　　　　　　　　　　　　　／s／ William J. Zloch
　　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record

---

[1] By prior Order (DE 54) the Court excused Defendant Bank of America, N.A. from appearance at trial.